**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Jennifer Leitneer | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | SACV15-01620 JLS (KESx) |
| v. | |
| Experian Information Solution Inc, et al | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (RELATED CASES) |
| DEFENDANT(S). | |

**TRANSFER ORDER DECLINED**

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

_____        Andrew J. Guilford
Date                                            United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

Efficiency and the interests of justice favor no transfers

10/9/15                                        [signature]
Date                                            United States District Judge   Andrew J Guilford

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case  SACV15-01592 AG (DFMx)  and the present case:

☑ A. Arise from the same or closely related transactions, happenings or events; or

☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge  Karen E. Scott  to Magistrate Judge  Douglas F. McCormick  .

On all documents subsequently filed in this case, please substitute the initials  AG (DFMx)  after the case number in place of the initials of the prior judge, so that the case number will read  SACV15-01620 AG (DFMx)  . This is very important because the documents are routed to the assigned judges by means of these initials

TRANSFER ORDER DECLINED

cc: ☑ *Previous Judge*     ☐ *Statistics Clerk*

CV-34 (03/15)          **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03  (Related Cases)**