1  Gillian L. Wade, State Bar No. 229124
   gwade@milsteinadelman.com
2  Sara D. Avila, State Bar No. 263213
   savila@milsteinadelman.com
3  **MILSTEIN ADELMAN LLP**
   2800 Donald Douglas Loop North
4  Santa Monica, California 90405
   Telephone:  (310) 396-9600
5  Fax:            (310) 396-9635

6  Bryan L. Clobes (to apply *pro hac vice*)
   bclobes@caffertyclobes.com
7  Kelly Tucker (to apply *pro hac vice*)
   ktucker@caffertyclobes.com
8  **CAFFERTY CLOBES**
   **MERIWETHER & SPRENGEL LLP**
9  1101 Market Street
   Philadelphia, PA 19107
10 Phone: (215) 864-2800
   Facsimile: (215) 864-2810
11
   Daniel O. Herrera (to apply *pro hac vice*)
12 dherrera@caffertyclobes.com
   **CAFFERTY CLOBES**
13 MERIWETHER & SPRENGEL LLP
14 30 North LaSalle Street, Suite 3200
   Chicago, Illinois 60602
15 Telephone: (312) 782-4880
   Facsimile: (312) 782-7785
16
17 Attorneys for Plaintiff,
   Jennifer Leitner and the Proposed Class

18              **UNITED STATES DISTRICT COURT**

19              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 20  JENNIFER LEITNER, on behalf of herself, and others similarly situated, | CASE NO.: **8:15-cv-01620-JLS-KES** |
| 21 | **CLASS ACTION** |
| 22                Plaintiffs, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT T-MOBILE US, INC. ONLY** |
| 23        vs. | |
| 24 | |
| 25  EXPERIAN INFORMATION SOLUTIONS, INC. and T-MOBILE US, INC.,; and DOES 1 through 100, inclusive, | |
| 26 | |
| 27                Defendants. | |
| 28 | |

1     PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Jennifer Leitner ("Plaintiff") voluntarily dismisses Defendant T-Mobile US, Inc. ("Defendant") from the above-captioned action without prejudice.

Dated: October 16, 2015            **MILSTEIN ADELMAN, LLP**

                        By:   *s/ Gillian L. Wade*
                              Gillian L. Wade
                              Sara D. Avila

                              Bryan L. Clobes
                              Kelly Tucker
                              **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**

                              Daniel O. Herrera
                              **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**

                              Attorneys for Plaintiff,
                              Jennifer Leitner and the Proposed Class

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT T-MOBILE US, INC. ONLY**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of October, 2015, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system which will send notification of filing to all counsel of record listed below:

Richard J. Grabowski
**Jones Day**
3161 Michelson Drive, Suite 800
Irvine, CA 92612-4408
Telephone: (949) 851-3939
Fax: (949) 553-7539
Email: rgrabowski@jonesday.com

I HEREBY FURTHER CERTIFY that a true and correct copy of this filing was also mailed to the party listed below via US Mail:

Corporation Service Company
Registered Agent for
T-Mobile US, Inc.
2711 Centerville Rd.
Wilmington, DE 19808

By: s/ *Gillian L. Wade*
     Gillian L. Wade

2

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT T-MOBILE US, INC. ONLY**