Richard J. Grabowski (State Bar No. 125666)
rgrabowski@JonesDay.com
John A Vogt (State Bar No. 198677)
javogt@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LEITNER, on behalf of herself, and others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and DOES 1 through 100, inclusive<br><br>Defendants. | Case No. 8:15-cv-01620 JLS (KESx)<br><br>Hon. Josephine Staton<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 8-3]** |

1     Pursuant to Local Civil Rule 8-3 of the United States District Court for the Central District of California, Plaintiff, individually and on behalf of a class of similarly situated persons ("Plaintiff"), and Defendant Experian Information Solutions, Inc., ("Defendant"), through their counsel, hereby stipulate that Defendant shall have an additional 30 days, up to and including December 2, 2015, to answer or otherwise respond to Plaintiff's Complaint.

    Pursuant to Local Rule 5-4.3.4, Richard J. Grabowski hereby attests that the following signatories concur in the filing's content and have authorized the filing.

Dated: October 20, 2015      JONES DAY

By: */s/ Richard J. Grabowski*
    Richard J. Grabowski

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated: October 20, 2015      MILLSTEIN ADELMAN LLP

By: */s/ Gillian Wade*
    Gillian Wade

Counsel for Plaintiff
JENNIFER LEITNER