1
2
3
4
5
6
7
8         **UNITED STATES DISTRICT COURT**
9         **CENTRAL DISTRICT OF CALIFORNIA**
10         **SOUTHERN DIVISION**
11

| | |
|---|---|
| DIPAK BHUTA, individually and on behalf of all others similarly-situated,<br><br>       Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>       Defendant. | Case No.: 8:15-cv-01592-AG-DFM<br><br>**ORDER GRANTING MOTION FOR CONSOLIDATION**<br><br>The Hon. Andrew J. Guilford<br><br>Action filed October 2, 2015 |

| | |
|---|---|
| This document also relates to: | |
| COLIN RYAN, *et al.*, | Case No. 8:15-cv-01595-AG-DFM |
| Plaintiffs, | |
| v. | (filed Oct. 5, 2015) |
| EXPERIAN HOLDINGS, INC., *et al.*, | |
| Defendants. | |
| JUSUS FRANCO, | Case No. 8:15-cv-01598-AG-KES |
| Plaintiff, | |
| v. | (filed Oct. 5, 2015) |
| EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*, | |
| Defendants. | |
| JESSICA LUNA, | Case No. 8:15-cv-01603-AG-DFM |
| Plaintiff, | |
| v. | (filed Oct. 6, 2015) |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |
| MARSHALL OHRING, | Case No. 8:15-cv-01612-AG-DFM |
| Plaintiff, | |
| v. | (filed Oct. 7, 2015) |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |
| MICHAEL G. BRAUTIGAM, | Case No. 8:15-cv-01616-AG-DFM |
| Plaintiff, | |
| v. | (filed Oct. 7, 2015) |
| EXPERIAN HOLDINGS, INC., | |
| Defendant. | |
| JENNIFER LEITNER, | Case No. 8:15-cv-01620-AG-DFM |
| Plaintiff, | |
| v. | (filed Oct. 8, 2015) |
| EXPERIAN  INFORMATION SOLUTIONS , INC., *et al.*, | |
| Defendants. | |

i

ORDER GRANTING CONSOLIDATION

| | |
|---|---|
| ALISON COCHRAN, *et al.*,<br>　　　　　　　　　　Plaintiffs,<br>　　　　v.<br>EXPERIAN INFORMATION<br>SOLUTIONS , INC.,<br>　　　　　　　　　　Defendant. | Case No. 8:15-cv-01659-AG-DFM<br><br>(filed Oct. 15, 2015) |
| DAVID CIANO, *et al.*,<br>　　　　　　　　　　Plaintiffs,<br>　　　　v.<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br>　　　　　　　　　　Defendant. | Case No. 8:15-cv-01683-AG-DFM<br><br>(filed Oct. 20, 2015) |
| STUART ZIMMELMAN,<br>　　　　　　　　　　Plaintiff,<br>　　　　v.<br>EXPERIAN HOLDINGS, INC., *et al.*,<br>　　　　　　　　　　Defendants. | Case No. 8:15-cv-01694-AG-DFM<br><br>(filed Oct. 20, 2015) |
| RICHARD IMMERMAN,<br>　　　　　　　　　　Plaintiff,<br>　　　　v.<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br>　　　　　　　　　　Defendant. | Case No. 8:15-cv-01715-AG-DFM<br><br>(filed Oct. 22, 2015) |
| JOSHUA GONZALEZ,<br>　　　　　　　　　　Plaintiff,<br>　　　　v.<br>EXPERIAN HOLDINGS, INC.,<br>　　　　　　　　　　Defendant. | Case No. 8:15-cv-01721-AG-DFM<br><br>(filed Oct. 23, 2015) |
| OANH NGUYEN,<br>　　　　　　　　　　Plaintiff,<br>　　　　v.<br>EXPERIAN HOLDINGS, INC., *et al.*,<br>　　　　　　　　　　Defendants. | Case No. 8:15-cv-01722-AG-DFM<br><br>(filed Oct. 23, 2015) |

ii

ORDER GRANTING CONSOLIDATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| FRANCISCO OJEDA, | Case No. 8:15-cv-01723-AG-DFM |
|                    Plaintiff, | |
|      v. | (transferred from N.D. Cal. Oct. 23, 2015) |
| EXPERIAN  INFORMATION SOLUTIONS , INC., | |
|                    Defendant. | |
| MARTHA SCHROEDER, | Case No. 8:15-cv-01729-AG-DFM |
|                    Plaintiff, | |
|      v. | (filed Oct. 26, 2015) |
| EXPERIAN  INFORMATION SOLUTIONS, INC., | |
|                    Defendant. | |
| ALAN LEVY, | Case No. 8:15-cv-01734-AG-DFM |
|                    Plaintiff, | |
|      v. | (filed Oct. 27, 2015) |
| EXPERIAN  INFORMATION SOLUTIONS, INC., | |
|                    Defendant. | |
| JAMAL DAVIS, *et al.*, | Case No. 8:15-cv-01748-AG-DFM |
|                    Plaintiffs, | |
|      v. | (transferred from S.D. Cal. Oct. 28, 2015) |
| EXPERIAN HOLDINGS, INC., | |
|                    Defendant. | |
| RALPH DELEDONNE, JR., | Case No. 8:15-cv-01763-AG-DFM |
|                    Plaintiff, | |
|      v. | (filed Oct. 29, 2015) |
| EXPERIAN HOLDINGS, INC., *et al.*, | |
|                    Defendants. | |
| GWENDOLYN CRUMP, | Case No. 2:15-cv-08463-AG-DFM |
|                    Plaintiff, | |
|      v. | (filed Oct. 29, 2015) |
| EXPERIAN  INFORMATION SOLUTIONS, INC., *et al.*, | |
|                    Defendants. | |

iii

| | |
|---|---|
| ELLEEN BRAZZLE, *et al.*, | Case No. 8:15-cv-01779-AG-DFM |
| Plaintiffs, | |
| v. | (filed Oct. 31, 2015) |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |
| STEPHEN ALLEN, *et al.*, | Case No. 8:15-cv-01803-AG-KES |
| Plaintiffs, | |
| v. | (filed Nov. 5, 2015) |
| EXPERIAN HOLDINGS, INC., *et al.*, | |
| Defendants. | |
| DAVID VAZQUEZ, *et al.*, | Case No. 8:15-cv-01813-AG-DFM |
| Plaintiffs, | |
| v. | (filed Nov. 5, 2015) |
| EXPERIAN HOLDINGS, INC., | |
| Defendant. | |
| FABIO ACOSTA, | Case No. 8:15-cv-01843-AG-DFM |
| Plaintiff, | |
| v. | (transferred from S.D. Fla. Nov. 10, 2015) |
| EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*, | |
| Defendants. | |
| GREGORY WENZEL, *et al.*, | Case No. 8:15-cv-01847-AG-DFM |
| Plaintiffs, | |
| v. | (filed Nov. 10, 2015) |
| EXPERIAN HOLDINGS, INC., *et al.*, | |
| Defendants. | |
| JULIE KEARNS, | Case No. 8:15-cv-01853-AG-DFM |
| Plaintiff, | |
| v. | (filed Nov. 10, 2015) |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

ORDER GRANTING CONSOLIDATION

| | |
|---|---|
| SERGEY BARBASHOV, *et al.*,<br>　　　　　　　　　Plaintiffs,<br>　　　v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br>　　　　　　　　　Defendant. | Case No. 2:15-cv-08883-AG-DFM<br><br>(transferred from N.D. Ill. Nov. 13, 2015) |
| JENNIFER BRANDABUR,<br>　　　　　　　　　Plaintiff,<br>　　　v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., *et al.*,<br>　　　　　　　　　Defendants. | Case No. 8:15-cv-01948-AG-DFM<br><br>(filed Nov. 20, 2015) |
| JOSEPH A. PIERPONT,<br>　　　　　　　　　Plaintiff,<br>　　　v.<br><br>EXPERIAN NORTH AMERICA, INC., *et al.*,<br>　　　　　　　　　Defendants. | Case No. 8:15-cv-01965-AG-DFM<br><br>(filed Nov. 24, 2015) |
| AARON R. COHEN,<br>　　　　　　　　　Plaintiff,<br>　　　v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br>　　　　　　　　　Defendant. | Case No. 2:15-cv-09115-AG-DFM<br><br>(filed Nov. 24, 2015) |
| KAMIL KUKLINSKI,<br>　　　　　　　　　Plaintiff,<br>　　　v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br>　　　　　　　　　Defendant. | Case No. 8:15-cv-01987-AG-DFM<br><br>(filed Nov. 25, 2015) |
| ANGELIA FENNERN,<br>　　　　　　　　　Plaintiff,<br>　　　v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., *et al.*,<br>　　　　　　　　　Defendants. | Case No. 8:15-cv-02004-AG-DFM<br><br>(filed Dec. 1, 2015) |

ORDER GRANTING CONSOLIDATION

| | |
|---|---|
| 1 | LAVIVA ALI, *et al.*, |
| 2 | Plaintiffs, |
| 3 | v. |
| 4 | EXPERIAN SERVICES CORPORATION, *et al.*, |
| 5 | Defendants. |

Case No. 8:15-cv-02017-AG-DFM

(transferred from N.D. Ill. Dec. 4, 2015)

ORDER GRANTING CONSOLIDATION

The Court hereby **GRANTS** Plaintiff Bhuta's Motion for Consolidation.

**IT IS HEREBY ORDERED** as follows:

The following thirty-two (32) related class actions currently pending before this Court (collectively, the "Actions") are CONSOLIDATED for all purposes (the "Consolidated Action"):

(1) *Bhuta v. Experian Information Solutions, Inc.*, No. 8:15-cv-01592-AG-DFM (filed Oct. 2, 2015);

(2) *Ryan, et al. v. Experian Holdings, Inc., et al.*, No. 8:15-cv-01595-AG-DFM (filed Oct. 5, 2015);

(3) *Franco v. Experian Information Solutions, Inc., et al.*, No. 8:15-cv-01598-AG-KES (filed Oct. 5, 2015);

(4) *Luna v. Experian Information Solutions, Inc.*, No. 8:15-cv-01603-AG-DFM (filed Oct. 6, 2015);

(5) *Ohring v. Experian Information Solutions, Inc.*, No. 8:15-cv-01612-AG-DFM (filed Oct. 7, 2015);

(6) *Brautigam v. Experian Holdings, Inc.*, No. 8:15-cv-01616-AG-DFM (filed Oct. 7, 2015);

(7) *Leitner v. Experian Information Solutions, Inc., et al.*, No. 8:15-cv-01620-AG-DFM (filed Oct. 8, 2015);

(8) *Cochran, et al. v. Experian Information Solutions, Inc.*, No. 8:15-cv-01659-AG-DFM (filed Oct. 15, 2015);

(9) *Ciano, et al. v. Experian Information Solutions, Inc.*, No. 8:15-cv-01683-AG-DFM (filed Oct. 20, 2015);

(10) *Zimmelman v. Experian Holdings, Inc., et al.*, No. 8:15-cv-01694-AG-DFM (filed Oct. 20, 2015);

(11) *Immerman v. Experian Information Solutions, Inc.*, No. 8:15-cv-01715-AG-DFM (filed Oct. 22, 2015);

(12) *Gonzales v. Experian Holdings, Inc.*, No. 8:15-cv-01721-AG-DFM (filed

1

ORDER GRANTING CONSOLIDATION

Oct. 23, 2015);

(13) *Nguyen v. Experian Holdings, Inc., et al.*, No. 8:15-cv-01722-AG-DFM (filed Oct. 23, 2015);

(14) *Ojeda v. Experian Information Solutions, Inc.*, No. 8:15-cv-01723-AG-DFM (transferred from N.D. Cal. Oct 23, 2015);

(15) *Schroeder v. Experian Information Solutions, Inc.*, No. 8:15-cv-01729-AG-DFM (filed Oct. 26, 2015);

(16) *Levy v. Experian Information Solutions, Inc.*, No. 8:15-cv-01734-AG-DFM (filed Oct. 27, 2015);

(17) *Davis, et al. v. Experian Holdings, Inc.*, No. 8:15-cv-01748-AG-DFM (transferred from S.D. Cal. Oct. 28, 2015);

(18) *Deledonne v. Experian Holdings, Inc., et al.*, No. 8:15-cv-01763-AG-DFM (filed Oct. 29, 2015);

(19) *Crump v. Experian Information Solutions, Inc., et al.*, No. 2:15-cv-08463-AG-DFM (filed Oct. 29, 2015);

(20) *Brazzle, et al. v. Experian Holdings, Inc.*, No. 8:15-cv-01779-AG-DFM (filed Oct. 31, 2015);

(21) *Allen, et al. v. Experian Holdings, Inc., et al.*, No. 8:15-cv-01803-AG-KES (filed Nov. 5, 2015);

(22) *Vazquez, et al. v. Experian Holdings, Inc.*, No. 8:15-cv-01813-AG-DFM (filed Nov. 5, 2015);

(23) *Acosta v. Experian Information Solutions, Inc.*, No. 8:15-cv-01843-AG-DFM (transferred from S.D. Fla. Nov. 10, 2015);

(24) *Wenzel, et al. v. Experian Holdings, Inc., et al.*, No. 8:15-cv-01847-AG-DFM (filed Nov. 10, 2015);

(25) *Kearns v. Experian Information Solutions, Inc.*, No. 8:15-cv-01853-AG-DFM (filed Nov. 10, 2015);

(26) *Barbashov, et al. v. Experian Information Solutions, Inc.*, No. 2:15-cv-

2

08883-AG-DFM (transferred from N.D. Ill. Nov. 13, 2015);

(27)   *Brandabur v. Experian Information Solutions, Inc., et al.*, No. 8:15-cv-01948-AG-DFM (filed Nov. 20, 2015);

(28)   *Pierpont v. Experian North America, Inc., et al.*, No. 8:15-cv-01965-AG-DFM (filed Nov. 24, 2015);

(29)   *Cohen v. Experian Information Solutions, Inc.*, No. 2:15-cv-09115-AG-DFM (filed Nov. 24, 2015);

(30)   *Kuklinski v. Experian Information Solutions, Inc.*, No. 8:15-cv-01987-AG-DFM (filed Nov. 25, 2015);

(31)   *Fennern v. Experian Information Solutions, Inc., et al.*, No. 8:15-cv-02004-AG-DFM (filed Dec. 1, 2015); and

(32)   *Ali, et al. v. Experian Services Corporation, et al.*, No. 8:15-cv-02017-AG-DFM (transferred from N.D. Ill. Dec. 4, 2015).

The Consolidated Action shall be captioned *In Re Experian Data Breach Litigation*, Case No. 8:15-cv-01592-AG-DFM, bearing the lowest case number of the 32 Actions.

Any other actions asserting claims that are the same as or similar to the claims at issue in this Consolidated Action that are now pending, subsequently filed in, or transferred to, this District pursuant to the Court's Local Rules and General Orders shall be consolidated with this Consolidated Action for all purposes, including, without limitation: (1) *Wicklund, et al. v. Experian Information Solutions, Inc.*, No. 3:15-cv-01109-JPG-PMF (pending transfer from S.D. Ill.; filed Oct. 8, 2015); (2) *Yoo v. Experian Information Solutions, Inc.*, No. 1:15-cv-09787 (pending transfer from N.D. Ill.; filed Nov. 2, 2015); and (3) *Holt v. Experian Information Solutions, Inc.*, No. 2:15-cv-00691-UA-MRM (pending unopposed motion to transfer from M.D. Fla.; filed Nov. 4, 2015).

Whenever a case that should potentially be consolidated into this action is filed in, or transferred to, this District, the Defendants are directed to file a Notice of Related

3

ORDER GRANTING CONSOLIDATION

Case(s) in accordance with Local Civil Rule 83-1.3 in the Consolidated Action, as well as in the docket of the new, potentially related case.

**IT IS SO ORDERED.**

Dated: December 16, 2015

_____
The Hon. Andrew J. Guilford
United States District Judge

4
ORDER GRANTING CONSOLIDATION